IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA :
:
v. : 1:16CR77-1
:
BRIAN KEITH POTTS :

The Grand Jury charges:

COUNT ONE

From on or about December 15, 2015, continuing up to and including on or about January 8, 2016, the exact dates to the Grand Jurors unknown, in the County of Davidson, in the Middle District of North Carolina, BRIAN KEITH POTTS knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

COUNT TWO

From on or about January 5, 2016, continuing up to and including on or about January 7, 2016, the exact dates to the Grand Jurors unknown, in the County of Davidson, in the Middle District of North Carolina, BRIAN KEITH POTTS knowingly did distribute and attempt to distribute child pornography, as

defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

On or about January 15, 2016, in the County of Guilford, in the Middle District of North Carolina, BRIAN KEITH POTTS knowingly did distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged above, the defendant, BRIAN KEITH POTTS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not

limited to the following item obtained from defendant on or about January 15, 2016:

    a. One Dell Desktop Computer, serial tag 2V6NDK1.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

                    A TRUE BILL:

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

3